what I'm gonna do is turn the cursor over to the second page.  will show the first page of the registration, and what's on the next page that's just in blue here. So what you'll see is just up top is the first page of the registration, and then on the bottom  like the  madam slide and a little bit over here where you can see the additional information that they provide. So this is an entire sheet of necessary paperwork that they will provide and that will be Very complex. So we can just scroll through it.  she placed it on a section that is that directs the form has to  and it must be dialogue пару and at the same time, no quote for this deadline.  What we'll do is we'll zoom in on this. And this is a little bit bigger. Okay. Each of these from such a big period of mental agents medication and sensory the PR party it's off the table and the agents have already have even looked at the whole context of the year's attorney's office which will be more the court's approach in respect to information was totally caused with the way the system court the circuit court the case its work and then it illustrates the current context of the year and the way that we're now to make the right kind of decision to accomplish personal style which is very specific and the workers that we're talking about in the future can need a more committed context to respond now to to the courts to hear what those folks have to say but the same case can be of interest and therefore per se these administrative subpoenas of the office we focus on is more denying agents any effort to apply the reasonable relevant facts that we've gotten so we're still working on the facts that we've gotten from the court and so the court is looking at the court and the interests and the interests of the court and it is it is it is required that the court complies with the relevant rules that we've come to and that's right sir so now the problem is we need to get the competence to help get the information to the individual   that they have and therefore when we  complaint from our individual we need to get the competence to help get the information that they have and so as well so we the appeals case on the specific relationship between the district court and what the district court did here was not by those separate facts and forms it was a separate case and it was a separate case and it  not a case that was a case that was a case that was a case that was a case that was a  that was a case that was a case  was a case that case that was a a
judges: McKeown, W. Fletcher, Fisher